1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone: (916) 554-2760
5
   Attorneys for United States of America
6



FILED

AUG 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In the Matter of the Tax Indebtedness of:   )   Case No. 10 mc 0085 GEB KJM
                                            )
MICHAEL E. SANDOVAL                         )
                                            )
Ex Parte UNITED STATES OF AMERICA, and      )
REVENUE OFFICER DAVID LARSEN, ,             )
                                            )   **ORDER AUTHORIZING ENTRY UPON**
       Applicants for Order.                )   **PREMISES TO EFFECT LEVY**
                                            )
_____)

The UNITED STATES OF AMERICA and its Revenue Officer, DAVID LARSEN, have applied for an Order to enter upon and into the premises located at 17697 Jack Tone Road, Ripon, California, for the purpose of searching for, levying upon, and seizing that certain motor home by Monaco Coach, model name Diplomat 38PBD, located at 17697 Jack Tone Road and described in the declaration of DAVID LARSEN.

Upon the showing made by the declaration under penalty of perjury of applicant DAVID LARSEN, the Court finds that there is probable cause to believe that (1) the taxpayer has outstanding federal tax liabilities, (2) the IRS has made notice and demand upon the taxpayer for such federal tax liabilities, (3) the taxpayer has neglected or refused to pay such federal tax liabilities, and (4) assets to which the federal tax liens has attached and subject to levy and seizure, are located on or within said premises. Entry onto the premises to search for and seize the assets to wit that certain motor home by Monaco Coach, model name Diplomat 38PBD, located at 17697 Jack Tone Road, Ripon, California and subject to levy under the Internal Revenue laws is reasonable under the circumstances.

Order Granting United States' Application                                    -1-

1    NOW, THEREFORE, IT IS HEREBY ORDERED that DAVID LARSEN, and/or such other
2  officers, contractors and agents of the Internal Revenue Service of the United States as it may designate,
3  are authorized and directed to enter upon and into the described premises during business hours, or the
4  daytime, within twenty-one (21) days from the date this Order is signed, for the purpose of searching for
5  and seizing the asset described in the Declaration of DAVID LARSEN.

    It is SO ORDERED this 25th day of August, 2010, at Sacramento, California.

    _____
    UNITED STATES MAGISTRATE JUDGE